1  NICK PACHECO LAW GROUP, APC
2  Nick Pacheco, Esq. (SBN 173391)
   Frank J. Alvarado, Esq. (SBN 276466)
3  15501 San Fernando Mission Blvd., Suite 110
   Mission Hills, CA 91345
4  Telephone: (888)-888-8641
   Fax: (800) 210-0028
5
6  Attorney for Debtors,

7

8              U.S. BANKRUPTCY COURT
         CENTRAL DISTRICT OF CALIFORNIA
9

10

11  In Re:                          )  **Chapter: 13**
                                    )  **Case No. 1:11-BK-23003-VK**
12  **SARKIS GAVUTYAN,**             )
    **AMEST KAZIKYAN**               )
13                                   )  **DEBTORS' MEMORANDUM OF**
                                     )  **POINTS AND AUTHORITIES IN**
14            Debtors.               )  **OPPOSITION TO**
                                     )  **CITIMORTGAGE, INC.'S PROOF**
15                                   )  **OF CLAIM**
                                     )
16                                   )
                                     )
17                                   )  **Judge: Honorable Victoria S. Kaufman**
                                     )
18                                   )
                                     )
19                                   )
                                     )
20                                   )

21         TO THE HONORABLE JUDGE VICTORIA S. KAUFMAN; CITIMORTGAGE,

22  INC., ITS ASSIGNEES AND/OR SUCCESSORS, AND ANY OTHER INTERESTED

23  PARTIES:

24         Counsel for Debtors SARKIS GAVUTYAN and AMEST KAZIKYAN (the "Debtors")

25  hereby submit this Memorandum of Points and Authorities in Oppostion to CitiMortgage,

26  Inc.'s ("Creditor") Proof of Claim, and represents as follows:

27  ///

28  ///

MEMORANDUM OF POITNS AND AUTHORITIES IN OPPOSITION TO CITIMORTGAGE'S PROOF OF CLAIM

## SUMMARY

CitiMortgage, Inc.'s proof of claim is based on a mortgage ("Mortgage") on real property located at 6550 Goodland Ave, N Hollywood, CA 91606-1122. ("Property" or "Subject Property"). The Property is owned by the debtor, Sarkis Gavutyan ("Debtor"). On or about November 2008, the debtor executed a written Note for value and delivered to CitiMortgage, Inc. Per the terms of the Note, Debtor promised to pay CitiMortgage, Inc. the principle sum of $392,000.00, beginning with payments on or about December 1, 2008, and continuing until paid in full in or around early 2038.

## ARGUMENT

CitiMortgage has not established the validity of its proof of claim. According to 11 U.S.C. §101(10) a creditor is "an entity that has a claim against the debtor that arose at the time of or before the order of relief concerning the debtor." A claim is defined in 11 U.S.C. § 101(5) as "a right to payment...or right to an equitable remedy for breach of performance if such breach gives rise to a right to payment." With respect to CitiMortgage Inc., the amount of $91,333.08 in arrears are not accurate since the Debtors have made payments under the plan since April of 2010. See copies of pre-petition mortgage payments made by the Debtor between April 2010 and October 2011 attached hereto as **Exhibit "A"**. Furthermore, CitiMortgage Inc.'s Mortgage Proof of Claim Attachment Part 2, Statement of Prepetition Fees, Expenses, and Charges attributes the amount of $36,841.15 to "Escrow Shortage or Deficiency" and refers to an attached Escrow Analysis dated 11/10/11 which is not attached to the Proof of Claim.

## CONCLUSION

Debtor does not contend that he didn't obtain a mortgage loan. Rather, Debtor contends that the claim amount of $91,333.08 presented by CitiMortgage Inc. in it's proof of claim is not properly validated.

1    WHEREFORE, Debtor's counsel respectfully requests that court confirm Debtors Chapter 13

2    Plan and to deny CitiMortgage's proof of claim's validity.

3

4

   Dated: June 10, 2012               NICK PACHECO LAW GROUP,
5                                   A Professional Corporation

6

7

8                        By: _____

9                              Frank J. Alvarado, Esq.
                                 Attorney for Debtors

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"

MEMORANDUM OF POITNS AND AUTHORITIES IN OPPOSITION TO CITIMORTGAGE'S PROOF OF CLAIM

&13A
## CUSTOMER RECEIPT

Quick Collect
MONEY MART #0751
12525 VICTORY BLVD.
NORTH HOLLYWOOD CA 91606

Oper ID: 754 03/30/2010 1016A PDT
**MTCN = 630-930-3892**
Sender/Remitente: SARKIS GAVUTYAN

Receiver/Destinatario: CITIMORTGAGE

Code City/Codigo de la ciudad: CMI MO
Account #/Numero de cuenta: 111994 (Partial/Parc
ial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 14
1314327
Total WU Card Points/Total puntos en tarjeta WU
          : 20
Assigned WU Card Points/Puntos asignados a la ta
rjeta WU  : 5
Amount/Cantidad:   $2,151.15
Charge(s)/Cargos:
    Service/Servicio:   12.99
Total/Total:      $ 2164.14

ADD PHONE TIME!  Your Gold Card has a rechargeab
le LONG DISTANCE phone card
feature. Rates as low as 3.9c/minute within cont
inental U.S. No hidden fees.
Add time with cash at Agent. Call 1-888-520-7924
to use a credit/debit card.

&13A
# CUSTOMER RECEIPT

Quick Collect
MONEY MART #0751
12525 VICTORY BLVD
NORTH HOLLYWOOD CA 91606

Oper ID: 754 04/29/2010 923A PDI
## MTCN: 451-293-1428
Sender/Remitente: SARKIS GAVUHYAN

Receiver/Destinatario: CITIMORTGAGE

Code City/Codigo de la ciudad: CMI MO
Account #/Numero de cuenta: 111994 (Partial/Parc
ial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarje
1314327
Total WU Card Points/Total puntos en tarjeta WU
: 25
Assigned WU Card Points/Puntos asignados a la ta
rjeta WU : 5
Amount/Cantidad:    $2,151.15
Charge(s)/Cargos:
   Service/Servicio:    12.99
Total/Total:    $ 2164.14

ADD PHONE TIME!  Your Gold Card has a rechargeab
le LONG DISTANCE phone card
feature. Rates as low as 3.9¢/minute within cont
inental U.S. No hidden fees.
Add time with cash at Agent. Call 1-888-520-7924
to use a credit/debit card

813A

**CUSTOMER RECEIPT**

Quick Collect
MONEY MART #0751
12525 VICTORY BLVD
NORTH HOLLYWOOD CA 91606

Oper ID: 754 06/29/2010 1051A PDT
**MTCN: 484-802-8754**
Sender/Remitente: SARKIS GAVUTYAN

Receiver/Destinatario: CITIMORTGAGE

Code City/Codigo de la ciudad: CMI MO
Account #/Numero de cuenta: 111994 (Partial/Parc
ial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de tarjeta
1314327
Total WU Card Points/Total puntos en tarjeta WU
: 30
Assigned WU Card Points/Puntos asignados a la ta
rjeta WU:
Amount/Cantidad:        $2,861.05
Charge(s)/Cargos:
    Service/Servicio:        9.00
Total/Total:        $

Western Union Card Number / Numero de tarjeta
165305582
Total WU Card Points/Total puntos en tarjeta
WU: 30
Assigned WU Card Points/Puntos asignados a la
tarjeta WU: 9
Amount/Cantidad:        $1,986.56
Charge(s)/Cargos:
    Service/Servicio:        17.00
Total/Total:        $ 2003.56

Consumers receive 5
0% o
pers
0
tra
ck Collect(R) tran  by
per

813A
**CUSTOMER RECEIPT**

Quick Collect
MONEY MART #0751
12525 VICTORY BLVD
NORTH HOLLYWOOD CA 91606

Oper ID: 754 07/01/2010 935A PDT
**MTCN = 286-293-2610**
Sender/Remitente: SARKIS GAVUTYAN

Receiver/Destinatario: CITIMORTGAGE

Code City/Codigo de la ciudad: CMI MO
Account #/Numero de cuenta: 111994 (Partial/Parc
ial)
ice #/Numero de referencia:
Atencion:

Western Union Card Number / Numero de Tarjeta 14
1314327
Total WU Card Points/Total puntos en tarjeta WU
 : 35
Assigned WU Card Points/Puntos asignados a la ta
rjeta WU : 5
Amount/Cantidad:    $2,151.15
Charge(s)/Cargos:
  Service/Servicio:    12.99
Total/Total:        $ 2164.14

EXCITING CHANGES TO YOUR GOLD CARD PROGRAM COMIN
G SOON! We'll make it
even easier with a simplified way to earn points
 and new rewards that load
right onto your card! Visit www.westernunion.com
/goldcard to learn more!

Oper ID: 810
09/30/2011 257P FDI
MTCN = 442-679-2510
CASH
Delivery/Entrega:Urgan
Sender/Remitente:SARKIS GAVUTYAN
Payer/Pagador:CITIMORTGAGE.COM PAY LOCATIONS
Account #/Numero de cuenta: 8108809L

Western Union Card Number / Numero de tarjeta
16530F882
Total WU Card Points/Total puntos en tarjeta
WU: 39
Assigned WU Card Points/Puntos asignados a la
tarjeta WU: 9
Amount/Cantidad:    $1,986.66
Charge(s)/Cargos:
  Service/Servicio:    17.00
Total/Total:        $ 2003.66



813A
**CUSTOMER RECEIPT**

Quick Collect
MONEY MART #0751
12525 VICTORY BLVD
NORTH HOLLYWOOD CA 91606

Oper ID: 754 08/09/2010 925A PDT
MTCN = 121-466-0554
Sender/Remitente: SARKIS GAVITYAN

Receiver/Destinatario: CITIMORTGAGE

Attn/Atención:
Reference #/Numero de referencia:
Account #/Numero de cuenta: 111994 (Partial/Parc
ial)
Code City/Codigo de la ciudad: CMI MO

Western Union Card Number / Numero de Tarjeta 14
14277
Total WU Card Points/Total puntos en tarjeta 14
: 42
Assigned WU Card Points/Puntos asignados a la ta
rjeta WU : 7
Amount/Cantidad:        $2,151.14
Charge(s)/Cargos:
Service/Servicio:        12.99
Total/Total:        $ 2164.13

EXCITING CHANGES TO YOUR GOLD CARD PROGRAM! We'l
l make it even easier
with a simplified way to earn points and new rew

# CUSTOMER RECEIPT

Quick Collect
MONEY MART #0751
12525 VICTORY BLVD
NORTH HOLLYWOOD, CA 91606

Oper ID: ?    08/13/2010 11:17 PDT
**MTCN: 346-323-9280**
Sender/Remitente: SARKIS GAVDIYAN

Receiver/Destinatario: CITIMORTGAGE

Code City/Codigo de la ciudad: CMI MO
Account #/Numero de cuenta: 111994
(Partial/Parcial)
Reference/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de tarjeta
1413143271
Total WU Card Points/Total puntos en tarjeta WU
: 49
Assigned WU Card Points/Puntos asignados a la
tarjeta WU : 7
Amount/Cantidad:          $2,151.51
Charge(s)/Cargos:
Service/Servicio:            12.99
Total/Total:            $ 2164.50

EXCITING CHANGES TO YOUR GOLD CARD PROGRAM!
WE'll make it even easier
with a simplified way to earn points and new
rewards that load right

# CUSTOMER RECEIPT

Quick Collect
MONEY MART #776
12101 SANTA MONICA BLVD
LOS ANGELES CA 90025

Order ID: 727 10/14/2010 40/P EDT

**MTCN = 390 505 6426**

Sender/Remitente: SARKIS GAVDIYAN

Receiver/Destinatario: CITIMORTGAGE

Code City/Codigo de la ciudad: CMI MO
Account #/Numero de cuenta: 111994
(Partial/Parcial)
Reference: Parcial
Referencia:
Attn/At:

Western Union Card Number / Numero de Tarjeta
14131432?
Total WU Card Points/Total puntos en tarjeta WU
: 56
Assigned WU Card Points/Puntos asignados a la
tarjeta WU : 7
Amount/Cantidad:                    $2,151.51
Charge(s)/Cargos:
Service/Servicio:                        12.99
Total/Total:                          $ 2164.50

EXCITING CHANGES TO YOUR GOLD CARD PROGRAM!

# CUSTOMER RECEIPT

Prepaid Services/Payments
MONEY MART #0751
12525 VICTORY BLVD
NORTH HOLLYWOOD CA 91606

Oper ID: 754 11/13/2010 10:44A PST
MICN = 013-505-8939
Sender/Remitente: SARKIS GAVOTYAN

Receiver/Destinatario: CITIMORTGAGE

Code City/Codigo de la ciudad: CMI_MO
Account #/Numero de cuenta: 111994
(Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta
14131/4327
Total WU Card Points/Total puntos en tarjeta WU
: 63
Assigned WU Card Points/Puntos asignados a la
tarjeta WU : 7
Amount/Cantidad:             $2,151.51
Charge(s)/Cargos:
Service/Servicio:            12.99
Total/Total:                 $ 2164.50

# CUSTOMER RECEIPT

Prepaid Services/Payments
MONEY MART #0751
12525 VICTORY BLVD
NORTH HOLLYWOOD CA 91606

Oper ID: 71  12/15/2010 10:23A PSI

**MICN  501-709-5716**

Sender/Remitente: SARKIS GAVOYAN

Receiver/Destinatario: CMIMORTGAGE

(Código de la ciudad: CMI MO
Auth
numero de cuenta: 111994
(Personal)

de referencia:

Attn/Atencion:

Western Union Card Number / Numero de Tarjeta
14131.4327
Total WU Card Points/Total puntos en tarjeta WU
: 70
Assigned WU Card Points/Puntos asignados a la
ojeta WU : 7
Amount/Cantidad:              $2,151.51
Charge(s)/Cargos:
Service/Servicio:                12.99
Total/Total:                      $ 2164.50

Need the perfect holiday gift? Send cash! $50

# CUSTOMER RECEIPT

Prepaid Services/Payments
MONEY MART #0751
12525 VICTORY BLVD
NORTH HOLLYWOOD CA 91606

Oper #: 754 01/19/2011 10:27A PS1
**MTCN = 0855 470-3976**
Sender/Remitente: SARKIS GAVOUYAN

Received/Recibido E10: CITIMORTGAGE

Attn/Atencion:

Reference #/Numero de referencia:
(Partial/Parcial)
Account #/Numero de cuenta: 111994
Code City/Codigo de la ciudad: CMI NO

Western Union Card Number / Numero de Tarjeta
1413487/
Total WU Card Points/Total puntos en tarjeta WU
: 77
Assigned WU Card Points/Puntos asignados a la
tarjeta WU : 7
Amount/Cantidad:                    $2,155.51
Charges/Cargos:
Service/Servicio:                        12.99
Total/Total:                        $ 2168.50

## CUSTOMER RECEIPT

Prepaid Services/Payments
MONEY MART #0751
12525 VICTORY BLVD
NORTH HOLLYWOOD CA 91606

Oper ID: 754 02/12/2011 10:06A PST
Account #/Numero de cuenta: 111994
MICR#: 556-918-6966
Sender/Remitente: SARKIS GAVDIYAN

Receiver/Destinatario: PHHMORTGAGE

Code City/Codigo de la ciudad: CMI MD
Account #/Numero de cuenta: 111994
(Partial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de tarjeta
14131432/
Total WU Card Points /Total puntos en tarjeta WU
: 84

Assigned WU Card Points /Puntos asignados a la
tarjeta WU :
Amount/Cantid        $2,151.51
Charges(s)/Cargos:        17.99
Service/Servicio:
Total/Total:        $ 2169.50

## CUSTOMER RECEIPT

Prepaid Services/Payments
MONEY MART #0751
12525 VICTORY BLVD
NORTH HOLLYWOOD CA 91606

Oper ID: 751 09/02/2011 1014A PDT
MTCN: 276-498-5669
CASH
Sender/Remitente: SARKIS KAVUKYAN

Receiver/Destinatario: CITIMORTGAGE

Code City/Codigo de la ciudad: CMI-MO
Account #/Numero de cuenta: 11004
(Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta
141314327
Total WU Card Points/Total puntos en tarjeta
WU: 90
Assigned WU Card Points/Puntos asignados a la
tarjeta WU: 7
Amount/Cantidad: $2,477.71
Charge(s)/Cargos:
    Service/Servicio:    12.99
Total/Total:     $ 2490.70

# WESTERN UNION

## Quick Collect

**① Payment Information / Información de Pago**

Account Number / Número de Cuenta

Code City (if applicable) / Código de la Ciudad (si procede)

**② Your Information / Su Información**

**③ Your Signature / Su Firma**



By completing, you authorize us to text you special offers/messages. You may revoke the authorization at any time. Standard message and data rates may apply. Reply STOP to stop. Reply HELP for help. T's complete, used not autoriza a enviar mensajes de texto con ofertas especiales y con tipo de mensajes; usted puede revocar esta autorización en cualquier momento. Se estándares de mensajes y datos se pueden aplicar. Para bloquear mensajes conteste STOP. Conteste HELP para obtener ayuda.

e terms and conditions governing the transaction and the services you have selected are as attached pages. By signing this receipt, you are agreeing to those terms and condition

---

**CUSTOMER RECEIPT**

Western Union Payments
VANOWEN CHECK CASHING
6803 VOORMAN*AVE
VAN NUYS CA 91405

Oper ID: 810
09/30/2011  2:52P FDT

MTCN : 142-675-7710
CASH

Delivery/Entrega: Urgent

Account 1/Número de cuenta: 800098117

Western Union Card Number / Número de Tarjeta
165205582
Total WU Card Points/Total puntos en tarjeta
WU: 39
Assigned WU Card Points/Puntos asignados a la
tarjeta WU: 9
Amount/Cantidad:       $1,986.66
Charge(s)/Cargos:
    Service/Servicio:    17.00
Total/Total:          $ 2003.66

# CUSTOMER RECEIPT

Prepaid Services/Payments
MONEY MART #0751
12525 VICTORY BLVD
NORTH HOLLYWOOD CA 91606

Opar ID: 754  10/03/2011 11:04A PDT
**MTCN: 953-513-6075**
CASH
Sender/Remitente: SARKIS GARGIYAN

Receiver/Destinatario: CITIMORTGAGE

Attn/Atencion:
Reference #/Numero de referencia:
(Partial/Parcial)
Account #/Numero de cuenta: 111994
Code City/Codigo de la ciudad: CMI MO

Western Union Card Number / Numero de Tarjeta
14134327
Total WU Card Points/Total puntos en tarjeta
WU: 105
Assigned WU Card Points/Puntos asignados a la
tarjeta WU: 7
Amount/Cantidad:              $2,471.71
Charges(s)/Cargos:
Service/Servicio:                  12.99
Total/Total:                 $ 2490.70

# CUSTOMER RECEIPT

Prepaid Services/Payments
MONEY MART #0751
12825 VICTORY BLVD
NORTH HOLLYWOOD CA 91606

Oper ID: 754 11/14/2011 1219P PST
**MTCN- 105-485-9535**
CASH
Sender/Remitente: SARKIS GANJIAN

Receiver/Destinatario: CITIMORTGAGE

Code City/Codigo de la ciudad: CMI MO
Account #/Numero de cuenta: 111994
(Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta
14131 4327
Total WU Card Points/Total puntos en tarjeta
WU: 112
Assigned WU Card Points/Puntos asignados a la
tarjeta WU: 7
Amount/Cantidad:                    $2,477.71
Charge(s)/Cargos:
Service/Servicio:           12.99
Total/Total:            $ 2490.70

Western Union joins forces with musicians to
make the world better!

claims arising from or relating to this transaction or the
Services ("Claim"), shall be brought in the party's individual

# CUSTOMER RECEIPT

Prepaid Services/Payments
MONEY MART #0751
12525 VICTORY BLVD
NORTH HOLLYWOOD CA 91606

Copy ID: 754 12/05/2011 503P PST
MTCN: 186-789-1932
CASH
Sender/Remittente: SARKIS GAVITYAN

Receiver/Destinatario: CITIMORTGAGE

Code City/Codigo de la ciudad: CMI MO
Account #/Numero de cuenta: 111994
(Partial/Parcial)
Reference #/Numero de referencia:
Atto/Atencion:

Western Union Card Number / Numero de Tarjeta
141314327
Total WU Card Points/Total puntos en tarjeta
WU: 119
Assigned WU Card Points/Puntos asignados a la
tarjeta WU: 7
Amount/Cantidad:      $2,477.41
Charge(s)/Cargos:
    Service/Servicio:     12.99
Total/Total:        $ 2490.40

## **PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**15501 San Fernando Mission Blvd, Suite 110, Mission Hills, CA 91345**

A true and correct copy of the foregoing document described **DEBTORS' MEMORANDUM  OF POINTS AND AUTHORITIES IN OPPOSITION TO CITIMORTGAGE, INC.'S PROOF OF CLAIM**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 11, 2012,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

*Frank J Alvarado on behalf of Debtor Sarkis Gavutyan*
*bknotice@nickpachecolaw.com*

*Matthew R Clark on behalf of Interested Party Courtesy NEF*
*ecfcacb@piteduncan.com*

*Jacqueline S Eberhard on behalf of Creditor CitiMortgage, Inc., its assignees and/or successors*
*bknotice@mccarthyholthus.com*

*Rami N Haddad on behalf of Creditor CitiMortgage, Inc., its assignees and/or successors*
*bknotice@mccarthyholthus.com*

*Lauro N Pacheco on behalf of Debtor Sarkis Gavutyan*
*nickpacheco@nickpachecolaw.com, liz@nickpachecolaw.com*

*Brian A Paino on behalf of Interested Party Courtesy NEF*
*ecfcacb@piteduncan.com*

*Elizabeth (SV) F Rojas (TR)*
*cacb_ecf_sv@ch13wla.com*

*Tyson Takeuchi on behalf of Creditor Grandview Financial Services*
*tyson@tysonfirm.com, armen@tysonfirm.com*
*Tyson Takeuchi on behalf of Creditor Grandview Financial Services*
*tysonlawfirm@yahoo.com*

*Eric J Testan on behalf of Creditor BAC Home Loans Servicing, LP*
*etestan@frankel-tennant.com*

*United States Trustee (SV)*
*ustpregion16.wh.ecf@usdoj.gov*

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**: On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

MEMORANDUM OF POITNS AND AUTHORITIES IN OPPOSITION TO CITIMORTGAGE'S PROOF OF CLAIM

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>June 11, 2012</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*VIA PERSONAL DELIVERY:*

| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District of California** <br> **San Fernando Valley Division** <br> 21041 Burbank Blvd. <br> Woodland Hills, CA 91367 <br> Attn: Honorable Victoria Kaufman | <u>Chapter 13 Trustee</u> <br> Elizabeth Rojas <br> Noble Professional Center <br> 15060 Ventura Blvd. Ste. 240 <br> Sherman Oaks, CA 91403 |
| *VIA E-MAIL:* <br><br> **Attorneys for CitiMortgage, Inc.,** <br> **Its Assignees and/or Successors** <br> JaVonne M. Phillips, Esq. SBN 187474 <br> Summer Eberhard, Esq. SBN 267556 <br> McCarthy & Holthus, LLP <br> 1770 Fourth Avenue <br> San Diego, CA 92101 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 11, 2012 | Rebeca B. Benitez | /s/ Rebeca B. Benitez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**MEMORANDUM OF POITNS AND AUTHORITIES IN OPPOSITION TO CITIMORTGAGE'S PROOF OF CLAIM**